

United States District Court
Eastern District of California

**FILED**
DEC 1 2 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

KEITH BARNES,
Plaintiff(s)

Case Number: 1:22-cv-01511-JLT-EPG

V.

THE COCA-COLA COMPANY
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Paige L. Burroughs hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, The Coca-Cola Company

On 10/08/2019 (date), I was admitted to practice and presently in good standing in the U.S. District Court for E. District of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/08/22        Signature of Applicant: /s/ Paige L. Burroughs

**Pro Hac Vice Attorney**

Applicant's Name: Paige L. Burroughs

Law Firm Name: King & Spalding LLP

Address: 1180 Peachtree Street

City: Atlanta   State: Georgia   Zip: 30309

Phone Number w/Area Code: (404) 572-4600

City and State of Residence: Atlanta, Georgia

Primary E-mail Address: pburroughs@kslaw.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael D. Roth

Law Firm Name: King & Spalding LLP

Address: 633 West Fifth Street
Suite 1600

City: Los Angeles   State: California   Zip: 90071

Phone Number w/Area Code: (213) 443-4355   Bar #: 217464

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/12/22

JUDGE, U.S. DISTRICT COURT