

United States District Court
Eastern District of California



FILED

DEC 12 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

| KEITH BARNES, |
|---|

Plaintiff(s)

Case Number: | 1:22-cv-01511-JLT-EPG |
|---|

V.

| THE COCA-COLA COMPANY |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary A. McEntyre hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, The Coca-Cola Company

On _____12/18/2006_____ (date), I was admitted to practice and presently in good standing in the U.S. District Court for N. District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/08/2022        Signature of Applicant: /s/ Zachary A. McEntyre

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Zachary A. McEntyre |
| Law Firm Name: | King & Spalding LLP |
| Address: | 1180 Peachtree Street |
| City: | Atlanta    State: Georgia    Zip: 30309 |
| Phone Number w/Area Code: | (404) 572-4600 |
| City and State of Residence: | Atlanta, Georgia |
| Primary E-mail Address: | zmcentyre@kslaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael D. Roth |
| Law Firm Name: | King & Spalding LLP |
| Address: | 633 West Fifth Street |
| | Suite 1600 |
| City: | Los Angeles    State: California    Zip: 90071 |
| Phone Number w/Area Code: | (213) 443-4355    Bar # 217464 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/12/22

_____
JUDGE, U.S. DISTRICT COURT