**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH BARNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>THE COCA-COLA CO.,<br><br>    Defendant. | CASE NO.  1:22-cv-01511-JLT-EPG<br><br>[*Assigned to the Honorable Jennifer L. Thurston*]<br><br>**ORDER GRANTING DEFENDANT THE COCA-COLA COMPANY'S REQUEST TO SEAL DOCUMENTS** |

For the reasons set forth in Defendant The Coca-Cola Company's ("Defendant" or "TCCC") Request to Seal Documents and for good cause shown, the Court issues the following Order:

The following documents are sealed:

1. Exhibit B to the Request for Judicial Notice.

2. The portion of Defendant's Motion to Dismiss and Strike referring thereto.

IT IS SO ORDERED.

Dated:   **January 26, 2023**                                         _____
                                                                                                UNITED STATES DISTRICT JUDGE

1