Zachary A. McEntyre (admitted *pro hac vice*)
zmcentyre@kslaw.com
Paige L. Burroughs (admitted *pro hac vice*)
pburroughs@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Michael Roth (State Bar No. 217464)
mroth@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant The Coca-Cola Company*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KEITH BARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | CASE NO. 1:22-cv-01511-JLT-EPG<br><br>[*Assigned to the Honorable Jennifer L. Thurston*]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE COCA-COLA COMPANY'S REQUEST TO SEAL** |

///

///

///

///

///

1

For the reasons set forth in Defendant The Coca-Cola Company's Request to Seal and for good cause shown, the Court issues the following Order:

The following document is sealed:

1. Portions of Defendant's Reply in Support of Defendant's Motion to Dismiss and Strike referring to the previously-sealed Exhibit B to Defendant's Request for Judicial Notice.

IT IS SO ORDERED.

Dated: **February 21, 2023**

UNITED STATES DISTRICT JUDGE