1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                          EASTERN DISTRICT OF CALIFORNIA
9
10  KEITH BARNES, *individually and on*          Case No.  1:22-cv-01511-KJM-EPG
    *behalf of all others similarly situated*,
11
                     Plaintiff,
12                                               ORDER RE: FURTHER SCHEDULING
        v.
13                                               (ECF No. 49)
    THE COCA-COLA CO.,
14
                     Defendant.
15
16
17          This is a putative class action, and the Court previously opened discovery as to Plaintiff's
    individual claims but stayed discovery as to the class allegations. (ECF No. 33, p. 2). The parties
18
    have now filed a joint statement as to further scheduling, with each proposing a different
19
    schedule. (ECF No. 49). Upon review, the Court will adopt the following schedule:
20
            Accordingly, IT IS ORDERED as follows:
21
        1.  Discovery is open on Plaintiff's individual and class claims.
22
        2.  Plaintiff shall file a motion for class certification and supporting expert reports by no later
23
            than April 7, 2026.
24
        3.  Defendant shall file any opposition to motion for class certification and rebuttal expert
25
            reports by no later than May 7, 2026.
26
        4.  Plaintiff shall file any reply in support of motion for class certification and reply expert
27
            reports by no later than June 8, 2026.
28

                                                1

1    5.   A hearing on Plaintiff's class certification motion will be held on July 16, 2026,[1] at 10:00

2         a.m. before Senior District Judge Kimberly J. Mueller.

3

4    IT IS SO ORDERED.

5    Dated:   **June 16, 2025**                    /s/ _Ennis P. Grosjean_

6                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Because the requested date, July 15, 2026, is unavailable for a motion hearing, the Court moved this requested date to July 16, 2026.

2