UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARNES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | Case No.   1:22-cv-01511-KES-EPG<br><br>ORDER RE: FURTHER SCHEDULING<br><br>(ECF No. 52) |

This is a putative class action, and the Court most recently set a schedule on June 16, 2025. (ECF No. 50). However, on January 28, 2026, formerly presiding United States District Judge Dale A. Drozd issued an order recusing himself and vacating the case schedule. (ECF No. 52). Further, United States District Judge Kirk E. Sherriff has been assigned to this case. (*Id.*).

Upon consideration of the record and stage of the proceedings, the Court will reinstate the previous case scheduling deadlines. (ECF No. 50). However, the Court notes that, under Judge Sherriff's standing order, any motion for class certification or decertification is automatically referred to the undersigned. (ECF No. 53, p. 2).

Accordingly, IT IS ORDERED as follows:

1. Discovery is open on Plaintiff's individual and class claims.

2. Plaintiff shall file a motion for class certification and supporting expert reports by no later than April 7, 2026.

3. Defendant shall file any opposition to the motion for class certification and rebuttal expert

1

reports by no later than May 7, 2026.

4. Plaintiff shall file any reply in support of the motion for class certification and reply expert reports by no later than June 8, 2026.

5. A hearing on Plaintiff's class certification motion will be held on July 16, 2026, at 10:00 a.m. before the undersigned. The parties shall connect to the telephonic hearing as follows: (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute.

IT IS SO ORDERED.

Dated:    **February 4, 2026**                     /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE

2