UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARNES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | Case No.   1:22-cv-01511-KES-EPG<br><br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 55) |

This is a putative class action, and the Court's most recent scheduling order was entered on February 4, 2026. (ECF No. 54). Now before the Court is the parties' joint motion to modify the scheduling order to extend the case deadlines by about two months based on their need to take additional depositions. (ECF No. 55).

Upon consideration, IT IS ORDERED as follows:

1. The parties' joint motion to modify the scheduling order is granted. (ECF No. 55).

2. The Court's previous schedule is modified as follows. (ECF No. 54)

    a. Plaintiff shall file a motion for class certification and supporting expert reports by no later than June 8, 2026.

    b. Defendant shall file any opposition to the motion for class certification and rebuttal expert reports by no later than July 8, 2026.

    c. Plaintiff shall file any reply in support of the motion for class certification and reply expert reports by no later than August 11, 2026.

1

     d.  A hearing on Plaintiff's class certification motion will be held on September 18, 2026, at 10:00 a.m. before the undersigned.[1] The parties shall connect to the telephonic hearing as follows: (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute.

IT IS SO ORDERED.

Dated:    **March 27, 2026**        /s/ *Erica P. Grosjean*

                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested a hearing on September 14, 2026, at 10 a.m., but that date is not available on the Court's calendar.

2