UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARNES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | Case No.   1:22-cv-01511-KES-EPG<br><br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 57) |

This is a putative class action, and the Court's most recent scheduling order was entered on March 27, 2026. (ECF No. 56). Now before the Court is the parties' joint motion to modify the scheduling order to extend the Defendant's deadline to file its opposition to Plaintiff's motion for class certification and rebuttal expert reports, and Plaintiff's deadline to file the reply in support of the motion for class certification and reply expert reports. (ECF No. 57 at 2 The parties state the basis for the extension is due to previously unplanned travel and Court obligations. (*Id.*). ). Plaintiff's deadline to file a motion for class certification and supporting expert reports remains unchanged and the deadline is currently set for June 8, 2026. (ECF No. 56 at 1). Additionally, the hearing on Plaintiff's motion for class certification shall remain September 18, 2026 at 10:00 a.m.

///

///

///

1

Upon consideration, IT IS ORDERED as follows:

1. The parties' joint motion to modify the scheduling order is granted. (ECF No. 57).

2. The Court's previous schedule is modified as follows. (ECF No. 56)

    a. Defendant shall file any opposition to the motion for class certification and rebuttal expert reports by no later than July 22, 2026.

    b. Plaintiff shall file any reply in support of the motion for class certification and reply expert reports by no later than August 25, 2026.

IT IS SO ORDERED.

Dated:    **June 8, 2026**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2