Case 1:22-cv-01511-KES-EPG   Document 62   Filed 06/10/26   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARNES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | Case No.   1:22-cv-01511-KES-EPG<br><br><br>ORDER GRANTING JOINT MOTION TO MODIFY DEFENDANT'S TIME FOR RESPONSE TO PLAINTIFF'S REQUEST TO SEAL<br><br>(ECF No. 61) |

Now before the Court is the parties' joint motion to modify Defendant The Coca Cola Co.'s deadline to respond to Plaintiff's Request to Seal. (ECF Nos. 59, 61). The Joint motion provides the following:

Plaintiff Keith Barnes and Defendant The Coca-Cola Company (together, the "Parties") hereby respectfully request a modest extension of Defendant's deadline to respond to Plaintiff's Request to Seal. In support of this joint motion, the Parties show the following:

1. On June 8, 2026, Plaintiff filed his Motion for Class Certification. ECF No. 60. In connection with his Motion for Class Certification, Plaintiff filed a Notice of Request to Seal (ECF No. 59) and Request to Seal (via electronic mail) wherein Plaintiff requested to file certain documents designated as "Confidential" under the Parties' Stipulated Protective Order (ECF Nos. 31 & 32) under seal.

2. Local Rule 141(c) allows a party to submit a response to a request to seal documents within three days of the date of service of the notice of request to seal. Defendant intends to file a response to Plaintiff's Request to Seal, and its deadline for doing so is June 11, 2026.

1

3. Due to previously scheduled Court obligations of the Parties and their undersigned counsel, the Parties request that the Court extend by one week Defendant's deadline to file its response to Plaintiff's Request to Seal.

4. The Parties are not requesting that the Court modify any other deadlines.

5. The Parties have worked diligently and collegially so far during the pendency of this Action and anticipate working diligently to brief Plaintiff's Request to Seal.

6. Pursuant to E.D. Cal L.R. 144(b), the Parties state that this is their first request for an extension of this deadline.

7. The Parties submit that the extension is requested in good faith.

8. In light of the need for additional time to respond to Plaintiff's Request to Seal, the Parties jointly request that the Court extend Defendant's deadline to June 18, 2026.

(ECF No. 61 at 2).

Upon consideration, and good cause appearing, the Court shall GRANT the parties' joint motion and orders that Defendant's respond to Plaintiff's Request to Seal no lather than June 18, 2026.

IT IS SO ORDERED.

Dated:   **June 10, 2026**            /s/ _Erin P. Groj_
                                      UNITED STATES MAGISTRATE JUDGE

2