UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BARNES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA CO.,<br><br>Defendant. | Case No.   1:22-cv-01511-KES-EPG<br><br>ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 64) |

This is a putative class action, and the Court's most recent scheduling order was entered on March 27, 2026. (ECF No. 56). Now before the Court is the parties' joint motion to again modify the scheduling order to provide the parties with additional time to brief and respond to Plaintiff's class certification motion and to conduct expert discovery. (ECF No. 64). In support of the request, the parties state the following

1. On March 27, 2026, the Court extended the briefing schedule "by about two months based on [the Parties'] need to take additional depositions." (ECF No. 56 at 1).

2. On June 8, 2026, the Court extended the briefing schedule by two weeks to accommodate previously unplanned travel and court obligations. (ECF No. 58 at 1).

3. Pursuant to that order, the current case deadlines are as follows:
   a. TCCC shall file any opposition to the motion for class certification and rebuttal expert reports by no later than July 22, 2026.
   b. Plaintiff shall file any reply in support of the motion for class certification and reply expert reports by no later than August 25, 2026.
   c. A hearing on Plaintiff's class certification motion will be held on September 18, 2026, at 10:00 a.m. (Id. at 1–2).

4. Plaintiff's expert, Anya Verkhovskaya, is not available to sit for her deposition until July 22, 2026. Thus, to accommodate Ms. Verkhovskaya's schedule and ensure TCCC may depose Ms. Verkhovskaya's prior to its deadline to respond to Plaintiff's motion for class certification, the Parties request that the Court extend by two weeks:

    (1) TCCC's deadline to file its opposition to Plaintiff's motion for class certification and rebuttal expert reports;

    (2) Plaintiff's deadline to file his reply in support of his motion for class certification and reply expert reports; and

    (3) the hearing on Plaintiff's class certification motion.

5. The Parties have worked diligently and collegially so far during the pendency of this Action and anticipate working diligently to brief class certification and conduct expert discovery.

6. Pursuant to E.D. Cal L.R. 144(b), the Parties state that the Court has granted one extension of time at the Parties' request. (ECF No. 56).

7. The Parties submit that the extension is requested in good faith.

8. In light of their need for additional time to conduct expert discovery and brief class certification, the Parties jointly request that the Court extend the Parties' deadlines as follows.

(*Id.*).

The parties proposed the following modification of the schedule through class certification:

| **Event** | **Deadline** |
|---|---|
| Defendant to file opposition to motion for class certification and rebuttal expert reports | August 5, 2026 |
| Plaintiff to file reply in support of motion for class certification and reply expert reports | September 8, 2026 |
| Hearing on Class Certification | October 2, 2026, at 10:00 a.m. |

///

///

///

///

2

Having considered the parties' motion, and good cause thus appearing, the Court shall GRANT the request and ORDERS as follows:

| Event | Deadline |
|---|---|
| Defendant to file opposition to motion for class certification and rebuttal expert reports | August 5, 2026 |
| Plaintiff to file reply in support of motion for class certification and reply expert reports | September 8, 2026 |
| Hearing on Class Certification | October 9, 2026, at 10:00 a.m[1]. |

**IT IS SO ORDERED.**

**DATED:   June 26, 2026**                            /s/ *Erica P. Grosjean*
                                                     **UNITED STATES MAGISTRATE JUDGE**

---

[1] While the parties originally requested for the class certification hearing to be held on October 2, 2026 at 10 a.m., in order to accommodate the Court's schedule, the class certification hearing will instead be held on October 9, 2026.

3