FILED

JUL 23 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN DEPUTY CLERK

United States District Court
Eastern District of California

KEITH BARNES,

Plaintiff(s)

V.

THE COCA-COLA COMPANY

Defendant(s)

Case Number: 1:22-cv-01511-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexandra H. Titus hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, The Coca-Cola Company

On 02/02/2023 (date), I was admitted to practice and presently in good standing in the U.S. District Court for N. District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: July 22, 2026 Signature of Applicant: /s/ Alexandra H. Titus

**Pro Hac Vice Attorney**

Applicant's Name: Alexandra H. Titus

Law Firm Name: King & Spalding LLP

Address: 1180 Peachtree Street

City: Atlanta State: Georgia Zip: 30309

Phone Number w/Area Code: (404) 572-4600

City and State of Residence: Atlanta, Georgia

Primary E-mail Address: atitus@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael D. Roth

Law Firm Name: King & Spalding LLP

Address: 633 West Fifth Street

Suite 1600

City: Los Angeles State: Georgia Zip: 90071

Phone Number w/Area Code: (213) 443-4355 Bar # 217464

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/23/26

JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} **ss.**
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ALEXANDRA HERNANDEZ TITUS, State Bar No. 569302,** was duly admitted to practice in said Court on 02/02/2023 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 5th day of May, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:

Beverly Creech
Deputy Clerk