UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH BARNES, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

THE COCA-COLA CO.,

Defendant.

Case No. 1:22-cv-01511-KES-EPG

ORDER DENYING JOINT MOTION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE

(ECF No. 79)

Before the Court is the parties' joint motion to continue hearing and set briefing schedule. (ECF No. 79). The parties request the Court set a briefing schedule for dispositive motions and continue the hearing on Plaintiff's motion for class certification, currently scheduled for October 9, 2026, so a single hearing can be scheduled to address both the class certification motion and any dispositive motion filed by Defendant.

However, the motion for class certification will be heard by the undersigned for findings and recommendations, while any motion to dismiss or motion for summary judgment will be heard by the District Judge. Accordingly, the request to consolidate the motions for a single hearing is denied.

\\\

\\\

\\\

\\\

Moreover, the Court will not set a briefing schedule for any anticipated motions. The Court refers to the Local Rules for briefing schedules. Should the parties wish for a modification of that schedule, they can submit a request to the District Judge.

IT IS SO ORDERED.

Dated: **September 29, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE