UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH BARNES, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

THE COCA-COLA CO.,

Defendant.

Case No. 1:22-cv-01511-KES-EPG

ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE

(ECF No. 85)

Before the Court is the parties' joint motion to continue hearing and set briefing schedule. (ECF No. 85). The parties request the Court modify the briefing schedule for Defendant's dispositive motion and continue the hearing on Plaintiff's motion for class certification, currently scheduled for October 9, 2026, so a single hearing can be scheduled to address both the class certification motion and Defendant's dispositive motion.

Because the motion for class certification and dispositive motion will now be heard by the undersigned for findings and recommendations, the parties' request to consolidate the motions for a single hearing is granted. The hearing on both motions will now be held on February 3, 2027, at 10:30 a.m.

\\\

\\\

\\\

Further, the parties' request to modify the briefing schedule on Defendant's dispositive motion is granted. Plaintiff's opposition to the motion is due November 11, 2026, and Defendant's reply in support of the motion is due December 11, 2026.

IT IS SO ORDERED.

Dated: **October 6, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE